UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BENNETT GALE BROWN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 3:16-cv-00299-JPG

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on petitioner Bennett Gale Brown's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). That rule allows a party to dismiss their action before the opposing party files either an answer or a motion for summary judgment. Here, Brown has met the requirements of the rule, so the Court **FINDS** that this case is **DISMISSED WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: MAY 29, 2018**

                                              *s/ J. Phil Gilbert*
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**